Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

Davenport Division

Benjamin M. Wendell
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Christopher Posey, Scott County
*Defendant(s)* Health Dep.
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

RECEIVED
FEB 09 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Benjamin M. Wendell
   All other names by which you have been known: N/A
   ID Number:
   Current Institution: Rock Island County Jail
   Address:

   Rock Island    IL    61201
   *City*         *State*   *Zip Code*

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Christopher Posey
   Job or Title *(if known)*: Doctor
   Shield Number:
   Employer: Scotty County Health Dep.
   Address: 400 W. 4th St.

   Davenport    IA    52801
   *City*       *State*   *Zip Code*

   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Scott County Health Dep.
   Job or Title *(if known)*:
   Shield Number:
   Employer:
   Address: 600 W. 4th St.

   Davenport    IA    52801
   *City*       *State*   *Zip Code*

   [ ] Individual capacity   [X] Official capacity

Page 2 of 11

Defendant No. 3
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

       City      State      Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

       City      State      Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 8th amendment/ cruel and unusual punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Suing for cruel and unusual punishment/Deliberate indifference (Med)*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* *I've been sentenced*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*(on back)*

B. Prior to my incarceration in Scott County Jail I was diagnosed with a degenerative disk in my lower back which causes me constant and chronic back pain. Outside Medical records from Palmer Chiropractic college will substaincheate my claim. When I was incarcerated from Sept. to Dec. of 2019, I told them about my back pain and they gave me a treatment plan of Tylonol & Naproxen which I told them didn't help. They reported that to the doctor who told them to give me a shot of Depomedrol which helped dull the pain for about a month. After that I was released on probation. On March 30th I was arrested again at which time I told them about my back pain again. They repeatedly refused to do anything for my pain this time. They told me to take Tylonol at pill line for 50¢ each time. This confused me because I had just left in Dec. and they seemed like they wanted to help but now refused to do anything for me. I repeatedly told them I was in constant pain and corresponded through the Kiosk writing medical and even filed a grievance, which I followed through all the way. It got to the point that I exausted my grievance prossess, and any other possible way to take action. Eventually they even stopped responding all together.

(continued) B.
Through all this the nurse Brandon told me to file a grievance and contact an attorney because what they were doing to me was "criminal". He will testify to all this. At some point during this they told me the only medication for pain was Ibueprofin or tylenol. I knew this wasn't true because they had just given me a shot a few months prior. This is an example of deliberate indiffrence to my medical needs.

C.  What date and approximate time did the events giving rise to your claim(s) occur?

From 3-30-20 to 7-11-20

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was denied medical treatment and made to suffer for months on end. The doctor at Scott County jail denied to do anything for my pain. The nurse Brendon could be a witness.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have a degenerative disk in my lower back which causes me great pain everyday. Scott County and the doctor wouldn't give me anything except Tylenol or Ibuprofin, which cost .50¢ per dose. I feel like my back is worse now then it was before

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Seeing as my back is connected to everything else in my body and I've always been primarily a labor worker, this is going to affect the rest of my life. 2 million dollars should support me for the rest of my life.   $ 2,000,000.00

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Scott County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

It covers deliberate indifference to my medical needs and the violation of my 8th ammendment rights, unnessasary wanton of and infliction of pain.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

In Scott County Jail on the Kiosk machine & on paper.

2. What did you claim in your grievance?

That I've been asking the medical staff to help with my back pain to no avail. I also let them know I signhred a medical release.

3. What was the result, if any?

my grievance was denied.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed a formal grievance appeal, which was also denied. The process offers no other action. (See exibit A)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A —

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

exibit A, there are also messages on the
*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* scott county kiosk to and from medical staff.

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No
      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-22-21

Signature of Plaintiff: Ben Wendell
Printed Name of Plaintiff: Ben Wendell
Prison Identification #: 1803328
Prison Address: 1317 3rd Ave.
Rock Island, IL 61201

### B. For Attorneys

Date of signing: ___

Signature of Attorney: ___
Printed Name of Attorney: ___
Bar Number: ___
Name of Law Firm: ___
Address: ___
Telephone Number: ___
E-mail Address: ___

( Exibit A )

**Resolution of Grievance**

**Benjamin Wendell**

**April 23, 2020**

Ibuprofen and Tylenol are offered twice daily at med pass. According to our records, you have only taken one dose since you were booked in. That behavior does not support your claim of severe, chronic pain or need for stronger treatment than oral analgesics. Furthermore, we are not administering DepoMedrol injections to any inmate as they are no longer medically indicated for treatment of chronic pain.

Your grievance is denied. No further action will be taken.

**Resolution of Grievance – Appeal**

**Benjamin Wendell**

**May 4, 2020**

There is no alternate pain medication available in the jail other than acetaminophen (Tylenol) or NSAIDs (ibuprofen or naproxen). If you feel that you cannot take ibuprofen because it's "hard on my body," then naproxen is NOT a satisfactory alternative as it has significantly more gastrointestinal and renal side effects. If you believe that acetaminophen is ineffective, then we have nothing further to offer you at this time.

In addition, your past medical records do not support your need for continued daily analgesic medication. Your records from Palmer College of Chiropractic recommended massage therapy. You were released back to full duty with no restrictions at Anamosa from an acute (not chronic) back condition.

Your appeal is denied. No further action will be taken.

Appeal
(c)

**Scott County Sheriff's Office** (EXHIBIT A) **Jail and Jail Annex**

## INMATE GRIEVANCE FORM

Grievance # 20-000-126

Inmate's Name: Benjamin Wendall

Housing Unit/Bay: 6P South 115    Bed #: 115 L

Nature of Grievance: Medical

Explanation: I've been asking the medical staff to do something about my back pain to no avail. I've signed a release of info for Palmer Chiropractic so they can see how messed up my back is. I'm in constant pain.

Completed by: _____ Date: _____ Time: _____

Inmate Signature: Ben Wendell    Date: 4-21-20    Time: 3:40

Assistant Jail Administrator Signature: _____ Date/Time: _____

Comments: _____

Priority: _____    Inmate Permanent #: _____

Grievance addressed on: Date: _____ Time: _____ in the following manner:

☐ Resolved the Grievance (See Below)   Date: _____

☒ Forwarded to Med. Supervisor   Date: 4/22/20

Method of Delivery ☐ directly ☐ mailbox ☐ fax ☐ mail

Resolution of Grievance: See attached

Staff Signature: _____ Date: 04-23-2020

Inmate Notified: Date: _____ Time: _____ How? _____

Staff Signature entering: _____ Date: _____

12/6/11



**Scott County Sheriff's Office**             **Jail and Jail Annex**

## INMATE GRIEVANCE FORM

**RECEIVED**
4/29/2020 1015 A.M.

Appeal of Grievance:  ☒ Yes  ☐ No

Jail Administrator Response: _See attached._

---

Date: _____
Inmate Notified: Date: _____ Time: _____ How: _____
Additional Comments: _Appeal_

& I'm well aware that scott county jail offers 2 Tylenol for fifty cents, but why would I pay for something that I know doesn't work? This is not a new issue and Ibuprofen is hard on my body and also does absolutely nothing for my back. I'm exausting my due process and I've been in contact with my attorney.

Ben Wendel
4-28-20

12/6/11

Ben Wendell
1317 3rd Ave.
Rock Island, IL 61201

QUAD CITIES IL PDF 612
THU 04 FEB 2021 PM

THIS CORRESPONDENCE IS FROM
THE ROCK ISLAND COUNTY JAIL

UNITED STATES District Court
131 4th St.
Davenport, IA 52801

LEGAL MAIL *